IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br><br>Roberta Lee Jones aka Roberta Jones aka Roberta L. Jones aka Roberta Lee Sanders<br><br>DEBTOR(S). | CASE NO: 15-02294 |

NOTICE OF WITHDRAWAL
OF MOTION FOR RELIEF OR IN THE ALTERNATIVE
ADEQUATE PROTECTION

Nationstar Mortgage LLCas servicing agent for U.S. Bank National Association, not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X , hereby provides Notice of Withdrawal of the Motion for Relief, Docket #42 in the above-captioned case to all parties.

This day, June 19, 2018

*/s/ William P. Harris*
William P. Harris, Attorney for Creditor, Bar # ASB5744R99Y
wharris@logs.com |704-831-2343
Shapiro & Ingle, LLP
10130 Perimeter Pkwy, Suite 400
Charlotte, NC 28216
Phone: 704-333-8107 | Fax: 704-333-8156
Supervisory Attorney Contact: Helen Ball
hball@logs.com | 704-607-4881
Electronic Service Notifications: ncbkmail@shapiro-ingle.com

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION

In re:
ROBERTA LEE JONES AKA ROBERTA JONES AKA     CASE NO: 15-02294
ROBERTA L. JONES AKA ROBERTA LEE SANDERS     CHAPTER: 13
Debtor(s)

## CERTIFICATE OF SERVICE

(Served via U.S. Mail)
Roberta Lee Jones aka Roberta Jones aka Roberta L. Jones aka Roberta Lee Sanders
9493 Bryants Landing Road
Stockton, AL 36579

(Served via Electronic Notification Only)
Herman D. Padgett
Padgett and Robertson, Attorneys
4317 Downtowner Loop North
Mobile, AL 36609

Monica Renea Quinn
4317 Downtowner Loop North
Mobile, AL 36609

(Served via Electronic Notification Only)
Daniel B. O'Brien
Chapter 13 Trustee
P.O. Box 1884
Mobile, AL 36633

Beth Rouse, Esq.
718 Downtowner Boulevard
Mobile, AL  36609-5499

I do hereby certify that I have on this 19th day of June, 2018, served a copy of the foregoing pleading on the parties listed above by depositing the same in a postpaid wrapper properly addressed to each such party or his attorney of record in a post office or other official depository under the exclusive care and custody of the United States Postal Service or by electronic mail, if applicable. Any party that can be served by electronic mail will receive no other form of notice.

    */s/ William P. Harris*
    William P. Harris, Attorney for Creditor, Bar # ASB5744R99Y
    wharris@logs.com |704-831-2343
    Shapiro & Ingle, LLP
    10130 Perimeter Pkwy, Suite 400
    Charlotte, NC 28216
    Phone: 704-333-8107 | Fax: 704-333-8156
    Supervisory Attorney Contact: Helen Ball
    hball@logs.com | 704-607-4881
    Electronic Service Notifications: ncbkmail@shapiro-ingle.com