Debtor 1     Roberta Lee Jones

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Alabama

Case Number: 15-02294-HAC

## Official Form 410S1
# Notice of Mortgage Payment Change     12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

| | |
|---|---|
| **Name of Creditor:** U.S. Bank National Association, not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X | **Court Claim No.** (if known): |
| **Last 4 digits** of any number you use to identify the debtor's account:    1717 | **Date of Payment Change:**    08/01/2018 <br> Must be at least 21 days after date of this notice <br><br> **New Total Payment:**    $1,017.02 <br> Principal, interest, and escrow, if any |

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ■ No.

   ☐ Yes. Attach a copy of the escrow account statement, prepared in a form consistant with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   **Current Escrow Payment:**           **New Escrow Payment:**

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No.

   ■ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   **Current Interest Rate:** 12.000%         **New Interest Rate:** 12.000%

   **Current Principal and Interest Payment:** $757.08      **New Principal and Interest Payment:** $757.07

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No.

   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   **Current Mortgage Payment:**         **New Mortgage Payment:**

| Debtor 1 | Roberta | Lee | Jones | | Case Number *(if known)* | **15-02294-HAC** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

☒ I am the creditor's attorney or authorized agent.

**I declare under the penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

x /s/ Susannah R. Walker                           Date 6/19/2018

Susannah R. Walker (WAL-158)
Diane Murray (MUR-048)
Donald M. Wright (WRI-021)
Stephen Bulgarella (BUL-021)

Signature, as Attorney for Creditor

| Print: | Susannah | R. | Walker | | Title | Attorney for Creditor |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |
| Company | Sirote & Permutt, P.C. | | | | | |
| Address | 2311 Highland Avenue South | | | | | |
| | Birmingham, AL  35205 | | | | | |
| Contact Phone | (850) 462-1516 | | | | Email | swalker@sirote.com |

Per the attached correspondence, the new payment was effective 08/01/2017. Creditor recognizes that notice of the new payment amount is untimely under Rule 3002.1. Creditor is filing this notice of payment change to substantially comply with Bankruptcy Rule 3002.1. Since the monthly mortgage payment decreased, it is assumed minimal harm, if any, will be caused by the delay in filing this notice.

Official Form 410S1                    Notice of Mortgage Payment Change                    Page 2

Case 15-02294    Doc 49    Filed 06/19/18    Entered 06/19/18 10:56:45    Desc Main
                    Document    Page 2 of 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: | ) Case Number: 15-02294-HAC |
| Jones, Roberta Lee | ) Chapter: 13 |
| DEBTORS. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on this the 19th day of June, 2018, a copy of the Notice of Mortgage Payment Change filed by U.S. Bank National Association, not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X was served on the following by first class mail:

Roberta Lee Jones
9493 Bryants Landing Road
Stockton, AL 36579

or via electronic case management:

Herman D. Padgett
c/o Padgett and Robertson, Attorneys
4317 Downtowner Loop North
Mobile, AL 36609
hpadgett@hermandpadgett.com

Daniel B. O'Brien
Chapter 13 Trustee
P.O. Box 1884
Mobile, AL 36633
cperry@ch13mob.com

Respectfully submitted,

/s/ Susannah R. Walker
Susannah R. Walker (WAL-158)
Diane Murray (MUR-048)
Donald M. Wright (WRI-021)
Stephen Bulgarella (BUL-021)
Attorney for Creditor

OF COUNSEL:
SIROTE & PERMUTT, P.C.
2311 Highland Avenue South
Birmingham, AL 35205
Telephone: (850) 462-1516

 8950 Cypress Waters Blvd.
Coppell, TX 75019

05/01/18

OUR INFO
ONLINE
www.mrcooper.com

YOUR INFO
LOAN NUMBER

LARRY E JONES
ROBERTA L JONES
9493 BRYANTS LANDING RD
STOCKTON, AL 36579

RE:   LARRY E JONES JONES
Loan Number
Case Number: 1502294

Please be advised that this information should not be construed as collection of a debt, but for informational purposes only.

In connection with the above referenced case(s), we are herewith enclosing the Annual Notice of Changes in Interest Rate and Monthly Installment amounts on the above referenced adjustable rate mortgage.

Should you have any questions or require additional information, please do not hesitate to contact us at the number below.

We appreciate your assistance in this matter.

Sincerely,

Mr. Cooper
Bankruptcy Department

Enclosure: Annual Notice of Change in Interest Rate and Monthly Installment Payments

If an attorney represents you, please refer this letter to such attorney and provide us with such attorney's name, address and telephone number.

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.

**Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.**

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.



 8950 Cypress Waters Blvd.
Coppell, TX 75019

05/01/18

OUR INFO
ONLINE
www.mrcooper.com

YOUR INFO
LOAN NUMBER



LARRY E JONES
ROBERTA L JONES
9493 BRYANTS LANDING RD
STOCKTON, AL 36579

**Loan Number:**
**Changes to Your Mortgage Interest Rate and Payments on 7/1/18**

Under the terms of your Adjustable Rate Mortgage (ARM), you had a 6 month period during which your interest rate stayed the same. That period ends on 6/1/18, so on that date your interest rate and mortgage payment may change. After that, your interest rate may change every 6 month(s) for the life of your loan. Your interest rate and payment are scheduled to change again on 01/01/2019.

|  | **Current Rate and Monthly Payment** | **New Rate and Monthly Payment** |
|---|---|---|
| Interest Rate | 12.000% | 12.000% |
| Principal | $168.51 | $170.18 |
| Interest | $588.57 | $586.89 |
| Escrow | $259.95 | $259.95 |
| **TOTAL MONTHLY PAYMENT** | $1,017.03 | $1,017.02 due 7/1/18 |

**Interest Rate:** We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin". Under your loan agreement, your index rate is the AVERAGE OF THE LONDON INTERBANK OFFERED RATES FOR SIX-MONTH US DOLLAR DENOMINATED DEPOSITS and your margin is 7.000%. The AVERAGE OF THE LONDON INTERBANK OFFERED RATES FOR SIX-MONTH US DOLLAR DENOMINATED DEPOSITS is published DAILY IN THE PRINT EDITION OF THE WALL STREET JOURNAL.

**Rate Limits:** Your rate cannot go higher than 19.000% or lower than 12.000% over the life of the loan. Your rate on the first change cannot be increased by more than 1.500% or decreased by more than 0.000%. On all subsequent changes, your rate will not increase by more than 1.500% or decrease by more than 1.50%.

**New Interest Rate and Monthly Payment:** The table above shows your new interest rate and new monthly payment. These amounts are based on the AVERAGE OF THE LONDON INTERBANK OFFERED RATES FOR SIX-MONTH US DOLLAR DENOMINATED DEPOSITS index, your margin of 7.000%, your loan balance of $58,688.81, and your remaining loan term of 150 months.

**Prepayment Penalty:** Mr. Cooper will not assess a prepayment penalty at any time in the event you would like to pay part or all of your mortgage balance.

Please be advised, if your monthly payments are auto drafted from your bank account, changes to your monthly payment, per the terms of your Adjustable Rate Note, will be reflected in the amount deducted from your account.

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.

Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.





If you have any questions, your Dedicated Loan Specialist is Monique Green and can be reached at (866)-316-2432 EXT. 6874227 or via mail at the address listed above. Our hours of operation are Monday through Thursday 7 am to 8 pm (CT), Friday 7 am to 7 pm (CT) and Saturday 8 am to 12 pm (CT). Visit us on the web at www.mrcooper.com for more information.

Sincerely,

Mr. Cooper

If an attorney represents you, please refer this letter to such attorney and provide us with such attorney's name, address and telephone number.



**Hawaii Residents:** If you believe a loss mitigation option request has been wrongly denied, you may file a complaint with the state division of financial institutions at 808-586-2820 or http://cca.hawaii.gov/dfi/.

**New York Residents:** Nationstar Mortgage LLC d/b/a Mr. Cooper is licensed by the New York City Department of Consumer Affairs License Number: 1392003. **If you believe a Loss Mitigation request has been wrongly denied, you may file a complaint with the New York State Department of Financial Services at 1-800-342-3736 or www.dfs.ny.gov.**

**New York Residents Income Disclosure:** If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt: supplemental security income (SSI); social security; public assistance (welfare); spousal support, maintenance (alimony) or child support; unemployment benefits; disability benefits; workers' compensation benefits; public or private pensions; veterans' benefits; federal student loans, federal student grants, and federal work study funds; and ninety percent of your wages or salary earned in the last sixty days.

**Oregon Residents:** There are government agencies and nonprofit organizations that can give you information about foreclosure and help you decide what to do. For the name and telephone number of an organization near you, please call 211 or visit www.oregonhomeownersupport.gov. If you need help finding a lawyer, consult the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling 503-684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at 800-452-7636. Free legal assistance may be available if you are very low income. For more information and a directory of legal aid programs, go to www.oregonlawhelp.org.

**North Carolina Residents:** Nationstar Mortgage LLC d/b/a Mr. Cooper is licensed by the North Carolina Commissioner of Banks, Mortgage Lender License L-103450. Nationstar Mortgage LLC d/b/a Mr. Cooper is also licensed by the North Carolina Department of Insurance, Permit Numbers 105369, 112715, 105368, 111828, 112954, and 113359. **If you believe a Loss Mitigation request has been wrongly denied, you may file a complaint with the North Carolina Office of the Commissioner of Banks website www.nccob.gov.**

**Texas Residents:** COMPLAINTS REGARDING THE SERVICING OF A MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.